IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHIVER CONSTRUCTION COMPANY,

      Plaintiff,

v.                                     CV 13-879 MV/WPL

NEU SECURITY SERVICE, LLC,
HENSEL PHELPS CONSTRUCTION NEW MEXICO, LLC,
KIEWIT NEW MEXICO, and
LIBERTY MUTUAL INSURANCE COMPANY,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed April 11, 2014 [Doc. 28]. The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Complaint is hereby REMANDED to state court.

_____
Martha Vazquez
United States District Judge